# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHARLOTTE A. GREEN,**
    **Plaintiff,**

vs.   6:23-cv-681 (MAD/ATB)

**COMMISSIONER OF SOCIAL SECURITY,**
    **Defendant.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is **REVERSED and REMANDED** to the Commissioner for further administrative proceedings and a new decision, pursuant to sentence four of 42, U.S.C. § 405(g), all pursuant to the Stipulation and Order for Remand entered by the Honorable Judge Mae A. D'Agostino on the 16th day of August, 2023.

DATED: August 16, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk